

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00181-CV

**THREE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS ($3,445.00) UNITED STATES CURRENCY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08281
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant is an inmate acting pro se in a civil suit. In his notice of appeal, Appellant moved this court to appoint appellate counsel.

A court may appoint counsel for a pro se civil litigant "under exceptional circumstances." See Gibson v. Tolbert, 102 S.W.3d 710, 712 (Tex. 2003) (citing Travelers Indem. Co. of Conn. v. Mayfield, 923 S.W.2d 590, 594 (Tex. 1996)); see also Tex. Gov't Code Ann. § 24.016 (West 2004). Exceptional circumstances are "rare and unusual," and Appellant's motion presents no such circumstances. See Gibson, 102 S.W.3d at 713 (denying court-appointed counsel to an indigent inmate for his civil suit against prison personnel).

Appellant's motion for court-appointed appellate counsel is DENIED.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

Keith E. Hottle
Clerk of Court